**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMANDA LUCARINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-2548 |
| | § | |
| | § | |
| CON-DIVE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

A hearing will be held on the motion for emergency hearing to compel production.

The hearing is set for **June 7, 2010, at 2:00 p.m.**

SIGNED on June 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge